```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 08004
   RICKY L SMITH
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6924

-----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
   The case was filed on 04/02/2008 and was not confirmed.

   The case was dismissed without confirmation 08/27/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------
NORDSTROM                  UNSECURED       NOT FILED           .00           .00
RESIDENCE AT MILLENIUM C   UNSECURED       NOT FILED           .00           .00
TARGET                     UNSECURED       NOT FILED           .00           .00
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00           .00           .00
WASHINGTON MUTUAL BANK     SECURED NOT I   37409.04            .00           .00
ARROW FINANCIAL SERV       UNSECURED        3138.41            .00           .00
MILLENNIUM CENTER CONDO    SECURED NOT I   13207.19            .00           .00
ECAST SETTLEMENT CORP      UNSECURED        1352.81            .00           .00
ECAST SETTLEMENT CORP      UNSECURED         854.08            .00           .00
BARNEYS NEW YORK           UNSECURED        2291.74            .00           .00
CHASE BANK USA             UNSECURED        1191.72            .00           .00
CHASE BANK USA             UNSECURED        3341.74            .00           .00
CHASE BANK USA             UNSECURED        3098.25            .00           .00
ROBERT HABIB               DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                         356.00

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   356.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                      356.00
                       ---------------    ---------------
TOTALS                    356.00                   356.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08004 RICKY L SMITH

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/19/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |